James M. Barrett, OSB No. 011991
james.barrett@ogletree.com
Paul E. Cirner, OSB No. 191471
paul.cirner@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone: (503) 552 2140
Facsimile: (503) 224-4518
    Attorneys for Defendants
NATIONAL FROZEN FOODS CORPORATION
FRANK TIEGS, and BERNADETTE KINTZ

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| PERLA A. TORRES,<br><br>        Plaintiff,<br><br>  v.<br><br>NATIONAL FROZEN FOODS<br>CORPORATION, *et al.*,<br><br>        Defendants. | Case No.: 6:20-cv-01680-MC<br><br>**STIPULATED MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>(Fed. R. Civ. P. 6(b)) |

<u>Stipulated Motion</u>

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff and Defendants National

Frozen Foods Corporation, Frank Tiegs, and Bernadette Kintz respectfully move for an extension

of time, from June 4 to **June 14, 2021**, for Plaintiff to file a First Amended Complaint ("FAC")

in response to the Court's Opinion and Order on Defendants' Motions to Dismiss (Dkt. #27).

Good cause exists for extending the FAC filing date, including the schedules of counsel

and their clients and ongoing settlement discussions.  The parties certify that this request is not

made for the purposes of delay.

1 – STIPULATED MOTION TO EXTEND
TIME TO FILE FIRST AMENDED
COMPLAINT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518

SO STIPULATED this 4th day of June, 2021:

WILLIAMS WEYAND LAW, LLC

By:  s/Simonne MG Weyand[1]
    Simonne MG Weyand, OSB No. 044936
    simonne@williamsweyandlaw.com
      Attorneys for Plaintiff PERLA
      TORRES

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By:  s/James M. Barrett
    James M. Barrett, OSB No. 011991
    james.barrett@ogletreedeakins.com
    Paul E. Cirner, OSB NO. 191471
      Attorneys for Defendants NATIONAL
      FROZEN FOODS CORPORATION,
      FRANK TIEGS, and BERNADETTE
      KINTZ

DAVID L. KRAMER, P.C.

By:  s/David L. Kramer[2]
    David L. Kramer, OSB No. 802904
    david@kramerlaw.us
      Attorneys for Plaintiff PERLA
      TORRES

[1] Permission to file with electronic signature received by email on June 4, 2021.

[2] Permission to file with electronic signature received by email on June 4, 2021.

2 - STIPULATED MOTION TO EXTEND
TIME TO FILE FIRST AMENDED
COMPLAINT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, I served the foregoing STIPULATED MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT on:

Simonne MG Weyand
simonne@williamsweyandlaw.com
WILLIAMS WEYAND LAW, LLC
P.O. Box 3698
Salem, OR 97302
Tel: (503) 212-0050
Fax: (503) 391-4269
    Of Attorneys for Plaintiff

David L. Kramer
david@kramerlaw.us
DAVID L. KRAMER, P.C.
3265 Liberty Road S.
Salem, OR 97302
Tel: (503) 212-0050
Fax: (503) 391-4269
    Of Attorneys for Plaintiff

Ryan S. Gibson
ryan@rsgibsonlaw.com
RYAN S. GIBSON LAW LLC
1050 SW 6th Ave., Suite 1100
Portland, OR 97204
Tel: (503) 477-7789
    Of Attorneys for Defendant Larry Hargreaves

■    by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐    by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐    by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above.  It was contained in a sealed envelope and addressed as stated above.

☐    by **e-mailing** a true and correct copy to the last known email address of each person listed above per Email Service Agreement.

Dated: June 4, 2021.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
By: s/ Kai Jones
    Kai Jones
    503-552-2140
    kai.jones@ogletreedeakins.com

47105333.1

1 – CERTIFICATE OF SERVICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518