James M. Barrett, OSB No. 011991
james.barrett@ogletree.com
Paul E. Cirner, OSB No. 191471
paul.cirner@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone: (503) 552 2140
Facsimile: (503) 224-4518

    Attorneys for Defendants
NATIONAL FROZEN FOODS CORPORATION
FRANK TIEGS, and BERNADETTE KINTZ

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| PERLA A. TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL FROZEN FOODS CORPORATION, *et al.*,<br><br>    Defendants. | Case No.: 6:20-cv-01680-MC<br><br>**STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety WITH PREJUDICE and without an award of fees or costs to any party.

1 – STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518

SO STIPULATED this 2nd day of July, 2021:

| WILLIAMS WEYAND LAW, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: s/Simonne MG Weyand [1] <br> Simonne MG Weyand, OSB No. 044936 <br> simonne@williamsweyandlaw.com <br>   Attorneys for Plaintiff PERLA <br>   TORRES | By: s/James M. Barrett <br> James M. Barrett, OSB No. 011991 <br> james.barrett@ogletreedeakins.com <br> Paul E. Cirner, OSB NO. 191471 <br>   Attorneys for Defendants NATIONAL <br>   FROZEN FOODS CORPORATION, <br>   FRANK TIEGS, and BERNADETTE <br>   KINTZ |

DAVID L. KRAMER, P.C.

By: s/David L. Kramer [2]
    David L. Kramer, OSB No. 802904
    david@kramerlaw.us
      Attorneys for Plaintiff PERLA
      TORRES

---

[1] Permission to file with electronic signature received by email on July 2, 2021.

[2] Permission to file with electronic signature received by email on July 2, 2021.

2 - STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I served the foregoing STIPULATED DISMISSAL WITH PREJUDICE on:

| | |
|---|---|
| Simonne MG Weyand | David L. Kramer |
| simonne@williamsweyandlaw.com | david@kramerlaw.us |
| WILLIAMS WEYAND LAW, LLC | DAVID L. KRAMER, P.C. |
| P.O. Box 3698 | 3265 Liberty Road S. |
| Salem, OR 97302 | Salem, OR 97302 |
| Tel: (503) 212-0050 | Tel: (503) 212-0050 |
| Fax: (503) 391-4269 | Fax: (503) 391-4269 |
|    Of Attorneys for Plaintiff |    Of Attorneys for Plaintiff |

Ryan S. Gibson
ryan@rsgibsonlaw.com
RYAN S. GIBSON LAW LLC
1050 SW 6th Ave., Suite 1100
Portland, OR 97204
Tel: (503) 477-7789
   Of Attorneys for Defendant Larry Hargreaves

- ☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above. It was contained in a sealed envelope and addressed as stated above.

- ☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above per Email Service Agreement.

Dated: July 2, 2021.

       **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
       By: s/James M. Barrett
          James M. Barrett
          503-552-2140
          james.barrett@ogletreedeakins.com

47599180.1

1 – CERTIFICATE OF SERVICE    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518